Swords *v.* Robertson *et al.*

Candler, J. The only complaint made is that the verdict was contrary to law and the evidence. There was evidence from which the jury were authorized to find the verdict which was returned; and it was not error to overrule the motion for a new trial.

*Judgment affirmed. All the Justices concur.*

Argued December 7,—Decided December 21, 1905.

Levy and claim. Before Judge Russell. Walton superior court. July 15, 1905.

*T. W. Rucker,* for plaintiff in error.

*Napier, Wright & Cox* and *Foster & Foster,* contra